UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANKIE MONEGRO, on behalf of himself and all
others similarly situated,                                    :
                                                              :
                                                              :
            Plaintiffs,                    :        **Index No.:1:20-cv-8365**
                                                              :
                                                              :        **CIVIL ACTION**
v.                                         :
NESTED BEAN, INC.                          :
                                                              :
                                                              :
            Defendant.                     :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO NESTED BEAN, INC.

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, and the

Defendant Nested Bean, Inc., that whereas no party hereto is an infant, incompetent person for

whom a committee has been appointed or conservatee, and no person not a party has an

interest in the subject matter of the action, that the above entitled action against Defendant,

Nested Bean, Inc. shall be and hereby is dismissed with prejudice and on the merits, without

costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be

entered in the above entitled action pursuant hereto.

Dated: March 22, 2021                      Respectfully Submitted,

In light of Plaintiff's notice of dismissal with prejudice pursuant to        _/s/ Mark Rozenberg_____
Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the    Mark Rozenberg
Clerk of the Court is respectfully directed to close this case.    **Stein Saks, PLLC**
                                                                    285 Passaic Street
SO ORDERED.                                                         Hackensack, NJ 07601
                                                                    mrozenberg@steinsakslegal.com
                                                                    Tel. 201-282-6500
Date:   March 22, 2021                                             *Attorneys for Plaintiff*
        New York, New York

_____
JOHN P. CRONAN
United States District Judge

### Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 22nd day of March, 2021          Respectfully Submitted,

_/s/ Mark  Rozenberg_
Mark Rozenberg, Esq.